MEMORANDUM OPINION

 

No. 04-10-00914-CV

 

IN RE Juan
Edgar OCHOA, Jr. 

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Phylis J.
Speedlin, Justice

                     Steven
C. Hilbig, Justice

                

Delivered and
Filed:  January 12, 2011

 

PETITION FOR WRIT OF MANDAMUS DENIED

 

           On December 22, 2010, relator Juan Edgar Ochoa filed a petition for writ of mandamus,
complaining in part that the Justice of the Peace Precinct 3, Jim Hogg County,
has prevented him from appealing the justice court’s ruling.  However, by statute this court only has the authority to issue a writ
against a “judge of a district or county court in the court of appeals
district” and other writs as necessary to enforce our appellate jurisdiction.  See Tex.
Gov’t Code Ann. 
§ 22.221(a)-(b) (West 2004).  Therefore, we have no
mandamus jurisdiction over a justice of the peace unless the issuance of the
writ is necessary to enforce our jurisdiction.  We conclude the 




 

relief relator
seeks is not necessary to enforce our jurisdiction.  Accordingly, relator’s
petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

 









[1]
This proceeding arises out of Cause No. JP3-10-544, styled State of Texas v.
Juan Edgar Ochoa, in the Justice of the Peace Precinct 3, Jim Hogg County,
Texas, the Honorable Heriberto Martinez presiding.